IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHELSEA WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 8:26-cv-02723-LKG |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and All Parties of Record:

Please enter the appearance of the undersigned attorney, Andrew Tulumello of Weil, Gotshal & Manges LLP, on behalf of Defendant Apple Inc., in the above-captioned matter.

The undersigned counsel certifies that he is an active member in good standing of the Bar of this Court. Please direct all future notices, correspondence, pleadings, and discovery materials to the address and contact information listed below.

Dated: July 16, 2026

Respectfully submitted,

/s/ Andrew Tulumello
Andrew Tulumello (MD Bar No. 15494)
WEIL, GOTSHAL & MANGES LLP
Drew.Tulumello@weil.com
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202-682-7000
Fax: 202-857-0940

*Attorney for Apple Inc.*

**NOTICE OF APPEARANCE**                                                                                  1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2026, I caused a true and correct copy of the foregoing *Notice of Appearance* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I HEREBY FURTHER CERTIFY that a copy of the above has been sent via electronic mail to the following:

GILLIAN L. WADE
gwade@waykayslay.com
SARA D. AVILA
sara@waykayslay.com
COLLINS KILGORE
ckilgore@waykayslay.com
MARC A. CASTANEDA
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Chelsea Williams*

/s/ Andrew Tulumello
Andrew Tulumello

**NOTICE OF APPEARANCE**                                                                2