IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

CHELSEA WILLIAMS,

                    Plaintiff,

    v.

APPLE INC.,

                    Defendant.

Case No.: 8:26-cv-02723-LKG

## JOINT NOTICE OF SETTLEMENT

Plaintiff Chelsea Williams and Defendant Apple Inc. (the "Parties") jointly write to advise the Court that they have reached an agreement in principle to settle this matter. The Parties request that the Court vacate any upcoming deadlines while the Parties negotiate the settlement agreement and the performance of the settlement terms is pending. Once the terms of the settlement are completed, the Parties shall file a Stipulation of Dismissal of the entire action with prejudice.

Dated: July 16, 2026                  Respectfully submitted,

*/s/ Andrew Tulumello*

ANDREW TULUMELLO (MD Bar No. 15494)
Drew.Tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202-682-7000
Fax: 202-857-0940

DAVID R. SINGH (*pro hac vice forthcoming*)
David.Singh@weil.com
MORGAN MACBRIDE (*pro hac vice forthcoming*)
Morgan.Macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000

**JOINT NOTICE OF SETTLEMENT**                    **1**

Fax: 650-802-3000

JAMES M. PEARL (*pro hac vice forthcoming*)
James.Pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of the Stars, Ste. 1800
Los Angeles, CA 90067
Tel: 213-667-5100
Fax: 213-667-5111

ARTURO J. GONZALEZ (CA Bar No. 121490)
MELODY E. WONG (CA Bar No. 341494)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ALEXANDRA P. BARLOW (CA Bar No. 299715)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

*Attorneys for Apple Inc.*

Dated: July 16, 2026

/s/ Gilliam L. Wade
GILLIAN L. WADE (CA Bar No. 229124)
gwade@waykayslay.com
SARA D. AVILA (CA Bar No. 263213)
sara@waykayslay.com
COLLINS KILGORE (CA Bar No. 295084)
ckilgore@waykayslay.com
MARC A. CASTANEDA (CA Bar No. 29900)
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

**JOINT NOTICE OF SETTLEMENT**                                                    2

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Chelsea Williams*

**JOINT NOTICE OF SETTLEMENT**                                                        **3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2026, I caused a true and correct copy of the foregoing *Joint Notice of Settlement* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I HEREBY FURTHER CERTIFY that a copy of the above has been sent via electronic mail to the following:

GILLIAN L. WADE
gwade@waykayslay.com
SARA D. AVILA
sara@waykayslay.com
COLLINS KILGORE
ckilgore@waykayslay.com
MARC A. CASTANEDA
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Chelsea Williams*

/s/ Andrew Tulumello
Andrew Tulumello

**JOINT NOTICE OF SETTLEMENT**                                                                 **4**